UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Susan Lee,

      Plaintiff,

v.

Mortgage Electronic Registration Systems, Inc., MERSCORP Holdings, Inc., HSBC Bank USA, N.A., and also all other persons unknown claiming any right, title, estate, interest, or lien in the real estate described in the complaint herein,

      Defendants.

Civil No. 13-950 (JNE/JSM)
ORDER

---

In a Report and Recommendation issued on January 7, 2014, United States Magistrate Judge Janie S. Mayeron recommended that the Defendants' Motion to Dismiss, ECF No. 10, be granted and that this action be dismissed with prejudice. ECF No. 23. No objections were filed.

The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation.

THEREFORE, IT IS ORDERED THAT:

1. Defendants' Motion to Dismiss [ECF No. 10] is GRANTED.
2. This matter is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 29, 2014

                                                s/Joan N. Ericksen
                                                The Honorable Joan N. Ericksen
                                                United States District Judge